UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                        Case No. 1:23–cr–20118–TLL–PTM
                                               Hon. Thomas L. Ludington

Brody Miller,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Brody Miller

The defendant(s) shall appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan, for the following proceeding(s):

- SENTENCING: March 28, 2024 at 11:00 AM

- BOND HEARING: March 28, 2024 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                    By: s/K Winslow
                                                                      Case Manager

Dated: March 14, 2024