UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.	Case No. 1:23–cr–20118–TLL–PTM
	Hon. Thomas L. Ludington

Brody Miller,

                Defendant(s),

_____/

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [36] MOTION for downward departure as to Brody Miller. **Motion Hearing set for 9/19/2024 03:00 PM before District Judge Thomas L. Ludington** (KWin)

All of the aforementioned Defendants are required to appear at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/K Winslow
                                                  Case Manager

Dated:   May 10, 2024